APRIL 24, 1961

**No. 65547.**—SUIT 5026.—United States *v.* Quality Marble & Granite Co. and Arthur J. Fritz & Co. et al.——C.D. 2127 reversed December 22, 1960. C.A.D. 763.

BEFORE THE FIRST DIVISION, MAY 1, 1961

**No. 65548.**—Lautier Fils, Inc., et al. *v.* United States, protests 169193–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the issue herein is the same as that involved in *United States* v. *Dodge & Olcott, Inc.* (47 C.C.P.A. 100, C.A.D. 737), the claim of the plaintiffs was sustained.

**No. 65549.**—Antoine Chiris Co., Inc., et al. *v.* United States, protests 181980–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the issue herein is the same as that involved in *United States* v. *Dodge & Olcott, Inc.* (47 C.C.P.A. 100, C.A.D. 737), the claim of the plaintiffs was sustained.

**No. 65550.**—Antoine Chiris Co., Inc., et al. *v.* United States, protests 59/30203, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the issue herein is the same as that involved in *United States* v. *Dodge & Olcott, Inc.* (47 C.C.P.A. 100, C.A.D. 737), the claim of the plaintiffs was sustained.

**No. 65551.**—American Bitumuls & Asphalt Co. et al. *v.* United States, protests 58/15956, etc. (Savannah).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the